UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUSTIN REATA STANTON, | ) | |
| Petitioner, | ) | 3:05-cv-0419-LRH-RAM |
| vs. | ) | |
| E.K. McDANIEL, *et al.*, | ) | **ORDER** |
| Respondents. | ) | |

Respondents have filed a second motion for an extension of time in which to file a reply to petitioner's opposition on the pending motion to dismiss. (Docket #48). Having reviewed the motion, and good cause appearing, respondents are granted a **30-day** extension of time in which to file a reply.

**IT IS THEREFORE ORDERED** that respondents' second motion for an extension of time to file a reply (Docket #48) is **GRANTED,** insofar as respondents are **GRANTED thirty (30) additional days** in which to file a reply.

**IT IS FURTHER ORDERED** that respondents' reply shall be filed on or before **September 12, 2007.**

DATED this 14th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE