# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN REATA STANTON, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> E.K. McDANIEL, *et al.*, ) <br> ) <br> Respondents. ) <br> _____/ | 3:05-cv-00419-LRH-RAM <br><br> **ORDER** |

Respondents have filed a motion for an extension of time in which to file an answer to the amended petition for a writ of habeas corpus. Respondents seek a 46-day enlargement of time, up to and including December 10, 2007, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (Docket #53) is **GRANTED.** Respondents' answer shall be filed on or before **December 10, 2007.**

DATED this 30th day of October, 2007.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE