# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUSTIN REATA STANTON, | ) | |
| Petitioner, | ) | 3:05-cv-00419-LRH-RAM |
| vs. | ) | |
| | ) | **ORDER** |
| E.K. McDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner, through counsel, has filed a motion for an extension of time in which to file a reply to respondents' answer. (Docket #59). Petitioner seeks a 60-day enlargement of time, up to and including March 22, 2008, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply (Docket #59) is **GRANTED.** Petitioner's reply shall be filed on or before **March 22, 2008.**

DATED this 17th day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE