AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

JUSTIN REATA STANTON,

      Petitioner,    JUDGMENT IN A CIVIL CASE

V.

                                     CASE NUMBER: **3:05-cv-00419-LRH-RAM**

E.K. McDANIEL, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. FURTHER ORDERED that Petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

  August 12, 2008                                              **LANCE S. WILSON**
                                                                               Clerk

                                                               /s/ Kalani Lizares
                                                                  Deputy Clerk